# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

KAI LU,

        Plaintiff,

v.

MIDPEN HOUSING CORPORATION,

        Defendant.

Case No. 5:25-cv-00977-BLF

**ORDER TO SHOW CAUSE**

On March 12, 2025, Magistrate Judge Virginia K. DeMarchi issued an order screening Plaintiff's Complaint under 28 U.S.C. § 1915. Dkt. No. 5. Judge DeMarchi found that Plaintiff had failed to state a claim over which this Court has jurisdiction and directed Plaintiff to file an amended complaint curing the deficiencies identified in the screening order no later than April 9, 2025. The case was then reassigned to the undersigned.

Plaintiff has failed to file an amended complaint. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing and no later than April 24, 2025, why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 10, 2025

_____
BETH LABSON FREEMAN
United States District Judge